UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHARLOTTE MORRIS** | **CIVIL ACTION NO. 22-cv-6046** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM FIRE & CASUALTY CO** | **MAG. JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 44] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 48] filed by Defendant State Farm Fire & Casualty Company ("State Farm"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Substitution of Deceased Plaintiff and for Continuation [Doc. No. 18] filed by Judy Skluzacek is **GRANTED.**

**IT IS FURTHER ORDERED** that State Farm's Motion to Dismiss Under Fed. R. Civ. Proc. 25(a) is **DENIED.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 17th day of June 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE